ANDREW VAN ORNUM (Bar No. 214040)
WATT, TIEDER, HOFFAR, AND FITZGERALD, L.L.P.
333 Bush Street, Suite 1500
San Francisco, California 94104
Telephone:    415-623-7000
Facsimile:    415-623-7001
avanornu@wthf.com

Attorneys for Plaintiff
INTERNATIONAL FIDELITY INSURANCE COMPANY

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation;<br><br>Plaintiff,<br><br>v.<br><br>DRAEGER CONSTRUCTION, INC. a California corporation; JOHN E. DRAEGER, an individual; JOHN E. DRAEGER, TRUSTEE OF JOHN E. DRAEGER REVOCABLE TRUST, domiciled in California<br><br>Defendants. | CASE NO. 5:10-cv-04398-LHK<br><br>STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR BRIEFING FOR MOTION FOR ATTORNEYS' FEES AND COSTS<br><br>As Modified |

Pursuant to Local Rule 6-2(a) and Local Rule 7-12, plaintiff International Fidelity Insurance Company ("IFIC") and defendants Draeger Construction, Inc., a California corporation; John E. Draeger, an individual; John E. Draeger, Trustee Of John E. Draeger Revocable Trust, (defendants may collectively be referred to as "Draeger"), hereby stipulate and request the Court to set a briefing schedule for IFIC's motion for attorneys fees and costs following judgment as follows:

    a.    Judgment pursuant to Rule 68 offer and acceptance was entered in favor of IFIC on August 29, 2011;

    b.    The offer and acceptance included costs accrued to IFIC;

c. IFIC made a demand on Draeger, and Draeger made a counterproposal on September 2, 2011, but it appears that the parties will be unable to resolve the matter without the court ruling on recoverable costs and attorneys' fees.

d. IFIC and Draeger met and conferred and agreed upon a briefing schedule, which includes a short extension of time based upon IFIC's and Draeger's attempts to discuss a compromise, the Labor day holiday and IFIC's counsel's business travel commitments.

e. IFIC and Draeger have stipulated to one extension of case deadlines prior to the entry of judgment. Neither party believes this extension will substantially impact the overall case schedule.

As a result of the foregoing, IFIC and Draeger request that the court schedule a hearing as soon as convenient and set the briefing deadlines as follows:

1. Moving papers filed on or before September 23, 2011;
2. Opposition papers filed on or before October 7, 2011;
3. Reply papers filed on or before October 14, 2011.

**IT IS SO STIPULATED.**

Dated: September 7, 2011

WATT, TIEDER, HOFFAR
& FITZGERALD, L.L.P.

By: /s/ Andrew Van Ornum
Andrew Van Ornum
avanornu@wthf.com
Attorneys for Plaintiff
INTERNATIONAL FIDELITY
INSURANCE COMPANY

Dated: September 7, 2011

MORGAN, FRANICH, FREDKIN & MARSH

By: /s/ Elizabeth M. Pappy
ELIZABETH M. PAPPY, ESQ.
Attorneys for Defendants

Based upon the stipulation of the parties and for good cause shown, the Court hereby orders the following briefing schedule on motions for attorneys' fees and costs:

1. Moving papers shall be filed on or before September 23, 2011;

2. Opposition papers shall be filed on or before October 7, 2011; and

3. Reply papers shall be filed on or before October 14, 2011.

4. A hearing is scheduled for December 8, 2011 at 1:30 p.m. The Court may resolve the issue on the papers before that time. If it is able to do so, the Court will inform the parties prior to the hearing date.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 12, 2011

_____
LUCY H. KOH
United States District Judge